DMITRY SHKIPIN (*pro se*)
support@homeopenly.com
325 Sharon Park Dr. #416
Menlo Park, CA 94025
Telephone: 650.281.6962

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission <br><br> Plaintiff, <br><br> v. <br><br> Gannon Ken Van Dyke <br><br> Defendant. | Case No.: 1:26-cv-03369 <br><br> **AMICUS CURIAE BRIEF IN SUPPORT OF NEITHER PARTY** <br><br> Judge:　　Hon. Margaret M. Garnett |

## <u>ARGUMENT</u>

Your Honor, according to the US-CFTC's Compliant before you, "[t]he December and January Contracts are swaps because they are agreements, contracts, or transactions providing for a purchase, sale, payment, or delivery dependent on the occurrence or nonoccurrence of an event or contingency, i.e., Maduro's removal from power, associated with a potential financial, economic, or commercial consequence."

These are bets, and not commodity contracts. Maduro's removal from power, or Jesus of Nazareth's return before 2027 (Source: https://polymarket.com/event/will-jesus-christ-return-before-2027 ), etc., are not commodities at all.

Unlike recurring events, single-occurrence events possess unique outcomes, design, description, and schedule. Single-occurrence events are unique, non-recurring, or isolated incidents that happen only once (one-time meetings, lawsuits, special events, sports events, "putting it all on black all over again," etc.) Indeed, the outcome of this lawsuit is just that.

Commodities are organized very differently. Commodities are aggregated (Source: https://schema.org/aggregateElement ) into common deliverables (such as Brent Crude Oil Futures (IB.1:IEU), traded on the Intercontinental Exchange (ICE) Europe, which represents a key benchmark for international oil prices). Commodities have direct economic value. Maduro has no economic value at all - thankfully, the days of slavery, where persons are delivered from one continent to another for their economic value, are long gone (at least, legally.)

Further, "[t]he potential financial, economic, or commercial consequences of Maduro's removal from power were substantial, including but not limited to potential impacts on the global prices of crude oil, Venezuelan government bonds, and the Venezuelan bolívar" never yields a direct causation. The prices of actual commodities have a direct causation between the commodity Item and Price. Indeed, a thousand billion other things (aside from "Maduro's

removal from power") can cause all sorts of "impacts on the global prices of crude oil." To be classified as a commodity contract, Maduro himself must be a commodity, and they are not - they are a Person (Source: https://schema.org/Person ).

This entire lawsuit is plain ridiculous, and it must be dismissed entirely because none of what is described in this Complaint is even remotely relevant to any of the things covered under the Commodity Exchange Act (CEA), as defined under 17 C.F.R. § 1.3 - Definitions (Source: https://www.law.cornell.edu/cfr/text/17/1.3 )

The MAGA Admin is off the rails. They allow all sorts of bizarre wire fraud to be transmitted, including these so-called "events contracts." Under U.S. law, Polymarket (as well as competing betting platforms such as Kalshi, PredictIt, Smarkets, Augur, Gnosis, Manifold Markets, etc.) are digital casinos operations. US-CFTC is not a serious government agency under MAGA Admin. They DO have actual lawyers working there (e.g., Brian A. Hunt, Senior Trial Attorney who signed the Complaint), which makes this whole thing that much more problematic.

I am also well aware that Polymarket claims to be a CFTC-regulated Designated Contract Market (DCM) (registered under the name Polymarket US). However, one can hold an FAA-issued pilot license as an airline pilot and tell everyone that they fly to work in their car – and, when a police officer stops them for running a red light and asks to see their state-issued driver's license, that should be the end of that.

I am not defending the Defendant Gannon Ken Van Dyke ("Van Dyke") for what they allegedly did (I don't know any of the exact details: I just read about this lawsuit on the news, like everyone else) and it sure looks like they did use classified information to bet on the "Maduro's removal from power" - they just have to be charged for participation in illegal gambling (be it illegal gambling that they also allegedly used classified information to gain an

unfair advantage over.)

Even the US-DOJ Press Release about this lawsuit is titled "U.S. Soldier Charged With Using Classified Information To Profit From Prediction Market *Bets*" (Source: https://www.justice.gov/opa/pr/us-soldier-charged-using-classified-information-profit-prediction-market-bets ) where the exact word "bets" is used repeatedly (e.g., "to place *bets* on the timing and outcome of that very operation, all to turn a profit" and "In total, Van Dyke made approximately 13 *bets* from Dec. 27, 2025, through the evening of Jan. 26. Those *bets* all took the "YES" position on "U.S. Forces in Venezuela . . . by January 31, 2026") a dead giveaway that the conduct here is betting and gambling, defined as "the activity of risking money, for example by trying to guess the result of a race or other future event" (Source: https://dictionary.cambridge.org/us/dictionary/english/betting )

Thank you for your time,

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2026

*/s/ Dmitry Shkipin*

Dmitry Shkipin, pro se