**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**GANNON KEN VAN DYKE,**<br><br>        **Defendant.** | Civil Action No. 1:26-cv-03369<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of attorney applicant Julia C. Colarusso, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia; and that her contact information is as follows:

> Julia C. Colarusso
> Commodity Futures Trading Commission
> 1155 21st Street, NW
> Washington, DC 20581
> (202) 418-6044 (office)
> jcolarusso@cftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Commodity Futures Trading Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026


_____
**UNITED STATES DISTRICT JUDGE**