**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 26-cv-3369-ALC |
| Plaintiff, | |
| v. | Hon. Andrew L. Carter, Jr |
| GANNON KEN VAN DYKE, | |
| Defendant. | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully moves this Court, pursuant to Local Civil Rule 1.4, to withdraw Alyson Cohen as counsel of record for the CFTC.  Ms. Cohen's last day with the CFTC is July 3, 2026.  Plaintiff continues to be represented by other counsel of record in this matter.

Dated:        June 30, 2026

ATTORNEY FOR PLAINTIFF COMMODITY FUTURES
TRADING COMMISSION

/s/ Alyson Cohen
Alyson Cohen
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
290 Broadway 6th Floor
New York, NY 10007
acohen@cftc.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 30, 2026, I caused to be served the Motion for Withdrawal as Counsel upon Defendant's counsel via email.

*s/ Alyson Cohen*
Alyson Cohen