**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

   **COMMODITY FUTURES TRADING**       **:**
   **COMMISSION,**                          **:**

                                    **:**     **1:26-cv-03369 (ALC)**

                                    **:**

                                    **:**     __ORDER__

   **v.**                                **:**

                                    **:**

   **GANNON KEN VAN DYKE**             **:**

                                    **:**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       On July 6, 2026, Defendant filed a letter motion for a pre-motion conference in anticipation of a motion to dismiss.  *See* ECF No. 18. Per this Court's Individual Practices, Plaintiff is ordered to respond by letter indicating its position by **July 10, 2026.**

**SO ORDERED.**

**Dated:  July 8, 2026**

       **New York, New York**                  **ANDREW L. CARTER, JR.**
                                      **United States District Judge**