UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
COMMODITY FUTURES TRADING COMMISSION,    :
:
                Plaintiff,    :
:
      v.    :    Civil Action
:    No. 26 Civ. 3369 (ALC)
GANNON KEN VAN DYKE,    :
:
              Defendant.    :
:
------------------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Gannon Ken Van Dyke*, No. 26 Cr. 156 (MMG) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, and Nicholas W. Chiuchiolo, Ryan B. Finkel, Juliana N. Murray, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
      July 8, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

/s/_____
Nicholas W. Chiuchiolo
Assistant United States Attorney
Telephone: (212) 637-1247