**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**-against-**

**GANNON KEN VAN DYKE,**

**Defendant.**

**1:26-cv-03369-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 6, 2026, Defendant filed a letter motion for a pre-motion conference in anticipation of a motion to dismiss. *See* ECF No. 18. On July 8, 2026, the United States of America filed a motion to (1) intervene in the case pursuant to Fed. R. Civ. Pro. 24, and (2) stay this matter in its entirety until the conclusion of the criminal matter *United States v. Gannon Ken Van Dyke*, No. 26 Cr. 156 (MMG). *See* ECF No. 21. On July 10, 2026, Plaintiff filed a response to Defendant's pre-motion conference letter. *See* ECF No. 27. In that letter, Plaintiff requests the Court defer the pre-motion conference and briefing on a motion to dismiss until the motion to stay is resolved. *See id.* As such, Defendant is hereby **ORDERED** to respond, indicating his position on what impact the motion to intervene and stay the case has on his pending request for a pre-motion conference in anticipation of a motion to dismiss. Defendant's response is due by **July 21, 2026.**

**SO ORDERED.**

**Dated: July 16, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**