**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**COMMODITY FUTURES TRADING**
**COMMISSION,**

                    **Plaintiff,**

        **-against-**

**GANNON KEN VAN DYKE,**

                 **Defendant.**

-------------------------------------------------------- x

          **1:26-cv-03369-ALC**

          **ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is concerned about potential Fifth Amendment issues that would be presented if this case were not to be stayed. The Parties are hereby **ORDERED TO SHOW CAUSE** as to why the Court should not stay this case in its entirety, including the United States' motion to intervene (ECF No. 21), Defendant's pre-motion conference regarding his anticipated motion to dismiss (ECF No. 18), and all other matters, pending the outcome of the criminal proceeding. *See United States v. Gannon Ken Van Dyke*, No. 26 Cr. 156 (MMG). The Parties are ordered to respond by **August 4, 2026**. Any reply to such letters is due by **August 11, 2026**.

**SO ORDERED.**

**Dated:  July 23, 2026**

      **New York, New York**

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**