**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**GANNON KEN VAN DYKE,**<br><br>**Defendant.** | **1:26-cv-03369-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 6, 2026, Defendant filed a letter motion requesting a pre-motion conference regarding anticipated motion to dismiss. *See* ECF No. 18. On July 8, 2026, the United States of America filed a motion to intervene and motion to stay this case pending the ongoing criminal proceeding against Defendant. *See* ECF No. 21. On July 23, 2026, this Court filed an Order to Show Cause ("OSHOW") as to why this case should not be stayed pending the outcome of the criminal proceedings in *United States v. Gannon Ken Van* Dyke, 26 Cr. 156 (MMG) given the potential Fifth Amendment implications. *See* ECF No. 30. Plaintiff and Defendant thereafter filed their responses to this Court's OSHOW. *See* ECF Nos. 31, 33.

Having considered and relied upon the Parties' responses and the above-mentioned motions and accompanying memoranda of law and declarations, the Court hereby **GRANTS** the motion to stay this case pending the outcome of the criminal proceeding. Further, the Court **DENIES** Defendant's letter motion for a conference regarding his anticipated motion to dismiss and the United States' motion to intervene in this action without prejudice to re-file pending the resolution of the criminal proceeding against Defendant.

The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 18 and 21.

**SO ORDERED.**

**Dated: August 7, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**